## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ryan Hahto, | 2:14-cv-01544-JAD-GWF |
| Plaintiff | |
| v. | **Order Directing Response** |
| Geico General Insurance Co., | |
| Defendant | |

On January 16, 2015, this case was stayed to permit the parties to resolve this dispute by binding arbitration. ECF 12. Plaintiff further stipulated to dismiss this case with prejudice "upon receipt of the binding arbitration decision and payment of any award." *Id*. The order staying this case is the last entry in the docket.

LR 41-1 provides that "All civil actions that have been pending in this Court for more than two hundred seventy (270) days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution on motion of counsel or by the Court." It has been nearly 270 days since the last entry was filed in this case.

**The parties are HEREBY ORDERED to file a joint status report** updating the court on the status of the binding arbitration and any future proceedings anticipated in the instant case by October 16, 2015. If this case has been resolved by arbitration, the parties may instead file a stipulation and order dismissing this action with prejudice. If the parties file nothing by October 16, 2015, this case will be automatically dismissed under LR 41-1 without prejudice.

Dated this 7th day of October, 2015.

_____
Jennifer A. Dorsey
United States District Judge